UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>OSIEL CARDENAS-GUILLEN | **CRIMINAL NO. B-00-118-S1-01** |

## ORDER

Upon consideration of the Hearst Newspapers, LLC d/b/a Houston Chronicle's Motion to Intervene and to Oppose Continued Sealing of Documents, the opposition by the United States of America and by the defendant, the motion is GRANTED.

Signed and entered this __ day of _____, 2010

_____
United States District Judge